UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 3:05CV04593<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| KIMBERLY MORRIS BLACKSHIRE, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF GLADYS G. MORRIS, DECEASED<br>      Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>      Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, KIMBERLY MORRIS BLACKSHIRE, INDIVIDUALLY

AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS

REPRESENTATIVE OF THE ESTATE OF GLADYS G. MORRIS, DECEASED, and

Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

with each side bearing its own attorneys' fees and costs.

DATED: _Auoust 20_, 2009          By: _____

Attorneys for Plaintiff,
Kimberly Morris Blackshire,
Individually and O/B/O All
Wrongful Death Beneficiaries
and As Representative of the
Estate of Gladys G. Morris,
Deceased

1

DATED: _____December 15_____, 2009        By: _____

                                          DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          New York, NY 10020
                                          Telephone: (212) 335-4500
                                          Facsimile: (212) 335-4501
                                          *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT
IS SO ORDERED.**

Dated: _____JAN - 4 2010_____        _____
                                     Hon. Charles R. Breyer
                                     United States District Court

2